UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Michael J. Watanabe                             K. Weckwerth
United States Magistrate Judge                  Deputy Clerk

Case Number: 07-cr-00336-REB                    FTR MJW PM

Date: November 2, 2007

UNITED STATES OF AMERICA                        Wyatt Angelo

        v.

WHITMARSH BAILEY JR.                            Harvey Steinberg

---

### HEARING ON MOTION FOR RECONSIDERATION OF DENIAL OF BOND

---

Court in Session: 3:03 pm

Court calls case and appearances of counsel.

Government addresses the motion [20].

Defense addresses the motion.  Defendant tenders letters for the court to review.

Court recesses at 3:20 pm.  Court reconvenes at 4:04 pm.  Jerald Mason is present from pre-trial services.

Court presents findings.

**ORDERED: Motion [20] is GRANTED.  Bond is set at $25,000 cash or property to include conditions of release and electronic monitoring.**

Defense states defendant does not possess a passport.  Defense questions the court regarding employment condition.

**ORDERED: Defendant is to volunteer at the VA hospital in lieu of maintaining/seeking employment due to SSI disability requirements.**

Defendant states he does not have a phone line at his residence and lives off the grid.

**ORDERED: Strike electronic monitoring requirement.**

Defendant waives further reading and advisement on the superseding indictment.

Defendant enters pleas of NOT GUILTY.

Court accepts pleas.

**ORDERED:** Defendant remanded to the custody of the United States Marshal.

Hearing concluded.

Court in recess: 4:21 pm

time in court: 44 minutes