IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00336-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WHITMARSH S. BAILEY, JR.,

    Defendant.

---

**ORDER DENYING AS MOOT DEFENDANT'S REQUEST FOR NOTICE OF INTENT TO CALL EXPERT WITNESSES AND DISCOVERY PURSUANT TO RULE 16(A)(1)(D) AND (E), FED.R.CRIM.P.**

---

**Blackburn, J.**

    The matter before me is defendant's **Request for Notice of Intent To Call Expert Witnesses And Discovery Pursuant to Rule 16(a)(1)(D) and (E), Fed.R.Crim.P.** [#34] filed November 6, 2007. I construe the request as implicating Fed.R.Crim.P. 16(a)(1)(F) and (G). The government will not offer expert testimony under Fed.R.Evid 702. *See* Response [#43] at 4, ¶ 13. Instead, the government will offer evidence of the test firing of the firearms and ammunition made the subject of the Superseding Indictment. *See id*. There is no showing that there are written results or reports of any scientific tests or experiments within the meaning of Fed.R.Crim.P. 16(a)(1)(F) . I deny the motion as moot.

    **THEREFORE, IT IS ORDERED** that defendant's **Request for Notice of Intent To Call Expert Witnesses And Discovery Pursuant to Rule 16(a)(1)(D) and (E), Fed.R.Crim.P.** [#34] filed November 6, 2007, is **DENIED** as moot.

    Dated May 13, 2008, at Denver, Colorado.

                                               BY THE COURT:
                                               s/ Robert E. Blackburn
                                               Robert E. Blackburn
                                               Unites Sates District Judge