**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00336-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WHITMARSH S. BAILEY, JR.,

    Defendant.

**ORDER DENYING AS MOOT
DEFENDANT'S REQUEST FOR NOTICE OF GOVERNMENT'S INTENT TO USE EVIDENCE
PURSUANT TO RULE 12(B)(4)(B), CRIMINAL PROCEDURES**

**Blackburn, J.**

The matter before me is defendant's **Request for Notice of Government's Intent To Use Evidence Pursuant to Rule 12(b)(4)(B), Criminal Procedures** [#38] filed November 6, 2007. The government has provided the defendant with full discovery, including a complete copy of its case file. *See* Response [#43] at 6, ¶ 22. Thus, the government has discharged its duty of disclosure and notice under Fed.R.Crim.P. 12(b)(4)(B). I deny the motion as moot.

**THEREFORE, IT IS ORDERED** that defendant's **Request for Notice of Government's Intent To Use Evidence Pursuant to Rule 12(b)(4)(B), Criminal Procedures** [#38] filed November 6, 2007, is **DENIED** as moot.

Dated May 13, 2008, at Denver, Colorado.

                                        **BY THE COURT:**

                                        **s/ Robert E. Blackburn**
                                        Robert E. Blackburn
                                        Unites Sates District Judge