IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 07-cr-00336-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WHITMARSH S. BAILEY, JR.,

    Defendant.

---

**ORDER DENYING AS MOOT
DEFENDANT'S REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE
EVIDENCE PURSUANT TO RULE 807, F.R.E.**

**Blackburn, J.**

    The matter before me is defendant's **Request for Notice By Government of Intent To Introduce Evidence Pursuant to Rule 807, F.R.E.** [#37] filed November 6, 2007. The government does not intend to offer evidence under Fed.R.Evid. 807. *See* Response [#43] at 6, ¶ 21. Thus, I deny the motion as moot.

    **THEREFORE, IT IS ORDERED** that defendant's **Request for Notice By Government of Intent To Introduce Evidence Pursuant to Rule 807, F.R.E.** [#37] filed November 6, 2007, is **DENIED** as moot.

    Dated May 13, 2008, at Denver, Colorado.

                                                     BY THE COURT:

                                                    s/ Robert E. Blackburn
                                                    Robert E. Blackburn
                                                    Unites Sates District Judge