**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 07-cr-00336-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WHITMARSH S. BAILEY, JR.,

    Defendant.

## ORDER EXONERATING BOND

This criminal action has proceeded to judgment of conviction and sentencing. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is exonerated, and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

Dated December 10, 2008, at Denver, Colorado.

        **BY THE COURT:**

        **s/ Robert E. Blackburn**
        **Robert E. Blackburn**
        **United States District Judge**