# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 07-cr-00336-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   WHITMARSH S. BAILEY, JR.,

    Defendant.

## MINUTE ORDER[1]

On or before **September 9, 2011**, the government shall file a reply to defendant's **Motion for Order Terminating Probation** (in form of a letter) [#84] filed August 10, 2011.

Dated: August 10, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.